IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT McKENZIE AND
ANGELICA McKENZIE                                                              PLAINTIFFS

V.                                    NO.  6:17-CV-6070

JAMES STUCHELL; SCOTT THOMPSON,
individually; AND SCOTT THOMPSON,
d/b/a SCOOT-N-GATOR RV TRANSPORTATION                        DEFENDANTS

# ORDER

    Currently before the Court is the parties' joint motion to dismiss with prejudice (Doc. 28).

    It appearing that the parties have settled this matter and are in agreement, it is ORDERED that the parties' joint motion (Doc. 28) is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED this 26th day of December, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE